COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 8, 2014
 No. 10-15-00310-CR
 IN RE RONALD ALBERT WHITMAN
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Ronald Albert Whitman has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk